## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 128 EM 2018
EX REL. LAMONT DADE,              :
                              :
            Petitioner       :
                              :
                              :
            v.                     :
                              :
                              :
BARRY SMITH, SUPERINTENDENT SCI   :
HOUTZDALE,                      :
                              :
            Respondent   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.